# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2014

## NO. 03-14-00096-CV

**Clem Pater III, as Guardian of the Estate of Mary J. St. John, Appellant**

**v.**

**Brenda Dupont, as Guardian of the Person of Mary J. St. John, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the trial court on January 9, 2014. Having reviewed the record, the Court holds that Clem Pater III has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.